DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
SHAYE HARRINGTON (Bar No. 238354)
BRIAN J. LIM (Bar No. 258262)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cferrannini@downeybrand.com
sharrington@downeybrand.com
blim@downeybrand.com

Attorneys for Defendants
CLARK'S WELDING AND MACHINE,
SYLVESTER HABERMAN, and FRANZ
EDELMAYER, erroneously sued herein as Franz
Edel Mayer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; GIL GROSTHWAITE AND RUSS BURNS, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK'S WELDING AND MACHINE, a California partnership, aka CLARK'S WELDING, aka CLARK'S WELDING AND MACHINING; SYLVESTER HABERMAN, individually, and FRANZ EDEL MAYER, individually,<br><br>Defendants. | Case No. 3:09-cv-00044-SC<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT SYLVESTER HABERMAN FROM PERSONAL APPEARANCE AT JULY 14, 2009 MEDIATION<br><br>Mediation Date: July 14, 2009<br>Mediation Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Wayne D. Brazil<br><br>Complaint Filed January 7, 2009 |

Defendants CLARK'S WELDING AND MACHINE, SYLVESTER HABERMAN, and FRANZ EDELMAYER (collectively "Defendants"), erroneously sued herein as Franz Edel Mayer, requested that the Court excuse Defendant Haberman from personal attendance at the parties' July 14, 2009 mediation. Plaintiffs OPERATING ENGINEERS' PENSION TRUST FUND, GIL GROSTHWAITE, and RUSS BURNS (collectively "Plaintiffs") do not oppose Defendants request. Having read and considered all papers supporting and opposing the request,

1012978.1

1

the Court **HEREBY GRANTS** Defendants request and excuses Defendant Haberman from personal attendance at the July 14, 2009 mediation with the understanding that Mr. Haberman has given the Defendants in attendance full authority to represent his interests.

**IT IS SO ORDERED.**

DATED: 6-30, 2009

_____
WAYNE D. BRAZIL
HONORABLE UNITED STATES DISTRICT
MAGISTRATE JUDGE