United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; GIL CROSTHWAITE AND RUSS BURNS, as Trustees,<br><br>        Plaintiffs,<br><br>v.<br><br>CLARK'S WELDING AND MACHINE, a California partnership, aka CLARK'S WELDING, aka CLARK'S WELDING AND MACHINING; SYLVESTER HABERMAN, individually, and FRANZ EDELMAYER, individually,<br><br>        Defendants. | Case No. 09-0044 SC<br><br>ORDER RE: DEFENDANTS' EIGHTH AFFIRMATIVE <u>DEFENSE</u> |

On July 28, 2009, the Court granted in part and denied in part Plaintiff's Motion to Strike Defendants' Affirmative Defenses.  Docket No. 43.  The eighth affirmative defense was dismissed with leave to amend, and Defendants had twenty (20) days to file an Amended Answer.  Having failed to do so, the Court DISMISSES the eighth affirmative defense WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated: September 18, 2009

_____
UNITED STATES DISTRICT JUDGE